1  CLARICE C. LIU (SBN 160555)
   *ccl@liuemploymentlaw.com*
2  LIU EMPLOYMENT LAW FIRM
3  One Sansome Street, 35th Floor
   San Francisco, CA  94104
4  Telephone: (415) 288-8622
   Facsimile: (415) 288-8633
5
6  Attorney for Plaintiff
   GINGER MATSUMOTO-HERRERA
7
   SEYFARTH SHAW LLP
8  Camille A. Olson (SBN 111919)
   *colson@seyfarth.com*
9  Richard B. Lapp (SBN 271052)
   *rlapp@seyfarth.com*
10 2029 Century Park East, Suite 3500
   Los Angeles, California  90067-3021
11 Telephone:   (310) 277-7200
   Facsimile:   (310) 201-5219
12
   SEYFARTH SHAW LLP
13 Cassandra H. Carroll (SBN 209123)
   *ccarroll@seyfarth.com*
14 560 Mission Street, Suite 3100
   San Francisco, California  94105-2930
15 Telephone:   (415) 397-2823
   Facsimile:   (415) 397-8549
16
17 Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERRERA,<br><br>            Plaintiff,<br><br>       v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 3:14-cv-03626 VC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE MAGISTRATE JUDGE**<br>**PREFERENCE TO PRESIDE OVER**<br>**EARLY SETTLEMENT CONFERENCE**<br><br>Complaint Filed:  June 20, 2014 |

STIPULATION AND [PROPOSED] ORDER RE MAGISTRATE JUDGE PREFERENCE TO PRESIDE OVER EARLY SETTLEMENT CONFERENCE / CASE NO. 3:14-CV-03626 VC

18584989v.1

Plaintiff GINGER MATSUMOTO-HERRERA ("Plaintiff") and Defendant CONTINENTAL CASUALTY COMPANY ("Defendant") hereinafter ("the Parties"), through their respective counsel, hereby stipulate and agree pursuant to Civil L.R. 7-12, as follows:

WHEREAS on November 20, 2014, the Court issued a Minute Order that the Parties are to file a Stipulation and Order regarding their preference as to the selection for a magistrate judge to preside over an early settlement conference.

WHEREAS the Parties have mutually agreed to select the Honorable Magistrate Judge Maria-Elena James to preside over the early settlement conference.

NOW THEREFORE, the Parties stipulate and agree, and respectfully request, that the Court enter an Order appointing the Honorable Magistrate Judge James to preside over the early settlement conference.

IT IS SO STIPULATED.

DATED: November 20, 2014        LIU EMPLOYMENT LAW FIRM

By:  */s/ Clarice C. Liu*
     Clarice C. Liu
Attorneys for Plaintiff
GINGER MATSUMOTO-HERRERA

DATED: November 20, 2014        SEYFARTH SHAW LLP

By:  */s/ Cassandra H. Carroll*
     Camille A. Olson
     Richard B. Lapp
     Cassandra H. Carroll
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: November 24, 2014

_____
Honorable Vince Chhabria