CLARICE C. LIU (SBN 160555)
ccl@liuemploymentlaw.com
LIU EMPLOYMENT LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 288-8622
Facsimile: (415) 288-8633

Attorneys for Plaintiff
GINGER MATSUMOTO-HERRERA

Camille A. Olson, SBN 111919
Richard B. Lapp, SBN 271052
Cassandra H. Carroll, SBN 209123
SEYFARTH SHAW, LLP
560 Mission St., Suite 3100
San Francisco, CA  94105-2930
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549
E-Mail:    colson@seyfarth.com
    rlapp@seyfarth.com
    ccarroll@seyfarth.com

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINGER MATSUMOTO-HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.  14-cv-03626-VC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF DATE** |

1
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF DATE

1  Whereas, the Court's current Minute Order entered November 18, 2014 sets the close of
2  regular discovery for June 17, 2015 (Docket #18);
3  Whereas, due to the voluminous electronic documents involved in discovery production as
4  well as the number of witness depositions in this matter (three in Chicago, Illinois, and one in
5  Minneapolis, Minnesota), Plaintiff Ginger Matsumoto-Herrera and Defendant Continental Casualty
6  Company (the "Parties") anticipate that additional time will be required for the completion of the
7  depositions in this matter;
8  
9  Whereas, the Court's current Minute Order does not expressly set forth a deadline for
10 expert disclosures, supplemental expert disclosures, or the close of expert discovery, and the parties
11 desire to set a fixed expert discovery schedule;
12 Whereas, the parties have agreed to continue the discovery deadline in this matter for
13 sixteen (16) days until July 3, 2015 to address these matters, to exchange expert disclosures on
14 July 15 and rebuttal expert disclosures on July 30, and that the expert discovery deadline in this
15 matter shall be August 21, 2015, and agree that they can do so without disturbing any other date or
16 deadline in the Court's November 18, 2014 Minute Order.
17 Therefore, the Parties stipulate as follows:
18 **STIPULATION**
19 The Parties, by and through their counsel duly authorized, hereby stipulate to and request
20 that the Court enter an Order continuing the discovery cutoff date until July 3, 2015, to exchange
21 expert disclosures on July 15, 2015 and rebuttal expert disclosures on July 30, 2015 and that the
22 expert discovery deadline in this matter shall be August 21, 2015.
23 //
24 //
25 //
26 //
27 //
28

2
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF DATE

Respectfully Submitted By,

DATED: May 12, 2015                              LIU EMPLOYMENT LAW FIRM


By:   */s/ Clarice C. Liu*
          Clarice C. Liu
     Attorneys for Plaintiff
     GINGER MATSUMOTO-HERRERA


DATED: May 12, 2015                              SEYFARTH SHAW LLP


By:   */s/ Cassandra H. Carroll*
          Camille A. Olson
          Richard B. Lapp
          Cassandra H. Carroll
     Attorneys for Defendant
     CONTINENTAL CASUALTY COMPANY


# [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING**, the Stipulation of the Parties is hereby GRANTED. The November 18, 2014 Minute Order is hereby modified continuing the discovery cutoff date until July 3, 2015, the exchange expert disclosures on July 15, 2015 and rebuttal expert disclosures on July 30, 2015 and that the expert discovery deadline in this matter shall be August 21, 2015.

**IT IS SO ORDERED.**

Dated: May 15, 2015

_____
The Hon. Vince Chhabria
Judge of the United States District Court