CLARICE C. LIU (SBN 160555)
ccl@liuemploymentlaw.com
LIU EMPLOYMENT LAW FIRM
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 288-8622
Facsimile: (415) 288-8633

Attorneys for Plaintiff
GINGER MATSUMOTO-HERRERA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 14-cv-03626-VC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF GINGER MATSUMOTO-HERRERA'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |

Plaintiff Ginger Matsumoto-Herrera and Defendant Continental Casualty Company submitted a Joint Letter Brief dated July 10, 2015, in which Plaintiff moved to compel further responses by Defendant to Plaintiff's Interrogatories and Requests for Production of Documents, as submitted to the Honorable Vince Chhabria in Courtroom 4 of the above-entitled court.

After consideration of the papers filed, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

Plaintiff Ginger Matsumoto-Herrera's Motion to Compel Further Responses to Interrogatories and Requests for Production of Documents is hereby GRANTED, and Defendant Continental Casualty Company is ordered to provide further responses to Plaintiff's Interrogatory No. 12 and Request for Production of Documents Nos. 41-43.

DATED: July 15, 2015

_____
JUDGE VINCE CHHABRIA,
United States District Court,
Northern District of California