SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
colson@seyfarth.com
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

SEYFARTH SHAW LLP
Cassandra H. Carroll (SBN 209123)
ccarroll@seyfarth.com
Andrew R. Verriere (SBN 264674)
averriere@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CGC-14-540137  VC<br><br>**[~~PROPOSED~~] ORDER ON JOINT LETTER BRIEF REGARDING DISCOVERY DISPUTE – CONTINUED DEPOSITION OF PLAINTIFF AND UNTIMELY PRODUCED DOCUMENTS**<br><br>[Pursuant to Paragraph 15 of the Honorable Vince Chhabria's Standing Order for Civil Cases] |

Having considered the positions of Plaintiff Ginger Matsumoto-Herrera and Defendant Continental Casualty Company, as stated in the Joint Letter Brief Regarding Discovery Dispute as to Further Deposition of Plaintiff and Untimely Produced Documents filed on July 10, 2015, and good cause appearing, the Court Orders as follows:

Plaintiff is ordered to appear for further deposition which shall last no longer than one hour (excluding breaks).

Neither Plaintiff nor any witness called by Plaintiff may introduce as evidence, rely upon, refer to, or otherwise utilize any documents in any way related to Plaintiff's alleged job search efforts produced after February 3, 2015.

DATED: July 15, 2015

Honorable Vince Chhabria
United States District Judge