SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
*colson@seyfarth.com*
Richard B. Lapp (SBN 271052)
*rlapp@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

SEYFARTH SHAW LLP
Cassandra H. Carroll (SBN 209123)
*ccarroll@seyfarth.com*
Andrew R. Verriere (SBN 264674)
*averriere@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California  94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERRERA, | Case No. 3:14-cv-03626 VC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRECTING LETTER |
| v. | |
| CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 100, inclusive, | Dept.: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |
| Defendants. | |

The Court, having considered Defendant CONTINENTAL CASUALTY COMPANY's Administrative Motion to File Correcting Letter, and good cause appearing, the Court hereby GRANTS Defendant's motion as follows:

1. CNA is granted leave to file the letter attached as Exhibit A to the motion. Because CNA previously inadvertently filed the letter separately [Dkt. 49], CNA need not file any additional papers, and the Court will accept Dkt. 49 as if it were filed with leave of this Court.

IT IS SO ORDERED.

DATED: __August 27__, 2015       _____
                                  Hon. Vince Chhabria
                                  United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRECTING LETTER / CASE NO. 3:14-CV-03626 VC