1  SEYFARTH SHAW LLP
   Camille A. Olson (SBN 111919)
2  *colson@seyfarth.com*
   Richard B. Lapp (SBN 271052)
3  *rlapp@seyfarth.com*
   2029 Century Park East, Suite 3500
4  Los Angeles, California  90067-3021
   Telephone:     (310) 277-7200
5  Facsimile:     (310) 201-5219

6  SEYFARTH SHAW LLP
   Cassandra H. Carroll (SBN 209123)
7  *ccarroll@seyfarth.com*
   Andrew R. Verriere (SBN 264674)
8  *averriere@seyfarth.com*
   560 Mission Street, Suite 3100
9  San Francisco, California  94105-2930
   Telephone:     (415) 397-2823
10 Facsimile:     (415) 397-8549

11 Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | GINGER MATSUMOTO-HERRERA,              ) Case No. 3:14-cv-03626 VC
                                            )
16 |            Plaintiff,                  ) [~~PROPOSED~~] **ORDER GRANTING USE
                                            ) OF TRIAL EQUIPMENT**
17 |    v.                                  )
                                            ) Dept.: Courtroom 4, 17th Floor
18 | CONTINENTAL CASUALTY COMPANY, an       ) Judge: Hon. Vince Chhabria
     Illinois Corporation, and DOES 1 through 100, )
19 | inclusive,                             )
                                            )
20 |            Defendants.                 )
                                            )
21                                          )
                                            )
22

**ORDER**

Good cause appearing, IT IS ORDERED that Continental Casualty Company and its counsel may bring to the courthouse on October 13, 14, 16, and 19, 2015 the following equipment and upon any further date of the trial in the matter of *Matsumoto-Herrera v. Continental Casualty Company*, Case 3:14-cv-03626 VC:

- A. 8 laptops;
- B. Any cords or cables necessary to run video/audio/computer equipment;
- C. 1 easel;
- D. 5 poster boards;
- E. 1 flip board;
- F. Markers for flip board.

IT IS SO ORDERED.

DATED: October 7, 2015

_____
Hon. Vince Chhabria
United States District Judge