UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERERA,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | Case No.   14-cv-03626-VC<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 7 members of the jury in the above-entitled matter beginning  **October 13, 2015  at 7:30 AM**,  for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 4, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: October 8, 2015

_____
VINCE CHHABRIA
United States District Judge