CLARICE C. LIU (SBN 160555)
ccl@liuemploymentlaw.com
LIU EMPLOYMENT LAW FIRM
Four Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone: (415) 288-8622
Facsimile: (415) 288-8633

CHARLES J. SMITH (SBN 72700)
smith@hslawoffice.com
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA  94063
(650) 568-2820 (Phone)
(650) 568-2823 (Fax)

Attorneys for Plaintiff
GINGER MATSUMOTO-HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  14-cv-03626-VC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF GINGER MATSUMOTO-HERRERA'S USE OF TRIAL EQUIPMENT<br><br>TRIAL DATE:  October 13, 2015<br><br>JUDGE: The Hon. Vince Chhabria |

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF GINGER MATSUMOTO- HERRERA'S
USE OF TRIAL EQUIPMENT

# ORDER

Good cause appearing, IT IS ORDERED that Plaintiff Ginger Matsumoto-Herrera may bring to the courthouse on October 13, 14, 16, 19 and 20 the following equipment and upon any further date of the trial in this matter:

A. 5 laptops

B. 1 easel

C. 1 projector

D. 1 projector screen

E. 1 flip chart board

F. 3 poster boards

G. 2 speakers

H. Any cords or cables for the connection and operation for the equipment.

IT IS SO ORDERED.

Dated: October 8 , 2015

HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT