UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MATSUMOTO-HERERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Defendant. | Case No. 14-cv-03626-VC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR JUDICIAL NOTICE**<br><br>Re: Dkt. No. 97 |

The plaintiff's unopposed request for judicial notice is granted.

**IT IS SO ORDERED.**

Dated: October 9, 2015

_____
VINCE CHHABRIA
United States District Judge